IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DOUGLAS C. SHAFFER, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-07-638-C |
| | ) | |
| RANDALL WORKMAN, Warden, | ) | |
| | ) | |
| Respondent | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on July 27, 2007, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge. In his objection, Petitioner primarily argues the merits of his claims, rather than focusing on exhaustion and timeliness. To the extent that he does, his theories of equitable tolling and failure to exhaust are not supported by the facts or cited law. In short, Petitioner raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, grounds 1-12 are DISMISSED as time-barred; ground 13 is DENIED. A judgment will enter accordingly.

IT IS SO ORDERED this 16th day of August, 2007.

ROBIN J. CAUTHRON
United States District Judge